BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States



FILED
JUL 2 4 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00102-EFB |
|---|---|
| ALL FUNDS MAINTAINED AT WELLS FARGO BANK PERSONAL CHECKING ACCOUNT NUMBER 2065307502, HELD IN THE NAME OF JEFFREY S. WALKER (JEFF ACCOUNT), IN AN AMOUNT UP TO AND INCLUDING $208,700.00, AND | 2:12-SW-00103-EFB |
| ALL FUNDS MAINTAINED AT JP MORGAN CHASE PERSONAL CHECKING ACCOUNT NUMBER 918200346, HELD IN THE NAME OF JEFF WALKER (JEFF CHASE ACCOUNT), IN AN AMOUNT UP TO AND INCLUDING $173,450.00, | ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT |
| DEFENDANTS. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: July 24, 2012

KENDALL J. NEWMAN
United States Magistrate Judge

1     Order Re: Request to Unseal Documents